**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JOE BETHUNE                                                      PLAINTIFF

V.                              No. 4:22-CV-185-LPR-JTR

LIPSMEYER, Corporal, Faulkner
County Sheriff's Office, *et al.*                                DEFENDANTS

<u>**ORDER**</u>

The Court has received a Partial Recommended Disposition from Magistrate
Judge J. Thomas Ray. No objections have been filed, and the time to do so has now
passed. After a careful and *de novo* review of the Recommendation and the record, the
Court concludes that the Recommendation should be, and hereby is, approved and
adopted as this Court's findings in its entirety.

Bethune is allowed to proceed with his excessive force claim against Corporal
Lipsmeyer. Claims against Defendants Roper and Volkman are dismissed, without
prejudice, and the Clerk is directed to terminate them as parties in this action.

The Clerk is directed to issue a summons for Corporal Lipsmeyer, and the United
States Marshal is directed to serve the summons and Complaint (*Doc. 2*), and this Order,
on him through the Faulkner County Sheriff's Office, without prepayment of costs or
security.

IT IS SO ORDERED this 27th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE