UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE BETHUNE                                                                                         PLAINTIFF

V.                                           No. 4:22-CV-00185-LPR

LIPSMEYER, Corporal,
Faulkner County Sheriff's Office, *et al.*                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety. The Faulkner County Detention Center is hereby dismissed, with prejudice, as a party in this action.

IT IS SO ORDERED this 6th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE