IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOE BETHUNE**                                                                                **PLAINTIFF**
**ADC #113733**

V.                    Case No. 4:22-cv-00185-LPR

**LIPSMEYER, Corporal,**
**Faulkner County Sheriff's Office**                                       **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge J. Thomas Ray.[1] No objections have been filed, and the time for doing so has expired. After a careful and *de novo* review of the RD and the record in this case, the Court approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Defendant's Motion for Summary Judgment (Doc. 16) is GRANTED. Plaintiff's § 1983 excessive force claim against Defendant Lipsmeyer is DISMISSED without prejudice, and this case is closed. Plaintiff's pending Motion to Amend (Doc. 28), Motion for Order (Doc. 28), and Motion to Compel (Doc. 30) are DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Recommended Disposition (Doc. 33).

[2] It is also worth noting that (1) Plaintiff named Lipsmeyer in his official capacity only, but (2) the Complaint fails to allege the constitutional violation complained of arises from a custom, policy, or procedure.