IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE BETHUNE                                                                                              PLAINTIFF
ADC #113733

V.                              Case No. 4:22-cv-00185-LPR

LIPSMEYER, Corporal,
Faulkner County Sheriff's Office                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case against Defendants Lipsmeyer, Roper, and Volkman are hereby DISMISSED without prejudice. All claims brought against Faulkner County Detention Center are hereby DISMISSED with prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 11th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).